JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN ORLANDO ARELLANO GILES,<br><br>                      Petitioner,<br><br>                v.<br><br>FCC-LOMPOC LOW II, Warden,<br><br>                      Respondent. | Case No. 2:23-cv-10552-JGB-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders.

DATED: October 22, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE